Local FORM B  (Rev. 4/13)                                                                                              Page 1

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

Aron Wesley Nichols
§
§
Plaintiff/Petitioner,
§
§                    Case No. _____
vs.                                                                                  §
§
Joey Joyce                                                                    §                    Application to Proceed
§                    In Forma Pauperis
Tammy Homann                                                          §
§
§
§
§
§
§
Defendant(s)/Respondent(s). §

I, Aron Wesley Nichols _____, declare that I am the plaintiff/petitioner

in the above-entitled proceeding; that, in support of my request to proceed without being

required to prepay the full filing fee, I state that because of my poverty, I am unable to prepay

the filing fee for this action; that I believe I am entitled to relief.

In further support of this application, I answer the following questions:

1. Where are you imprisoned? North Dakota State Penetentary

2. When did you begin your imprisonment there? 14 May 2008

3. When do you expect to be released? Life w/o Parole Sentence

4. Are you presently receiving an allowance or wages from the prison or jail? Yes
   If YES, state the amount of your allowance or wages per month. Aprox 160$ per Month

Local FORM B  (Rev. 4/13) Page 2

5. Have you received within the past 12 months any money from a business, profession or other type of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity, life insurance, gifts, inheritances, court award or settlement, or other sources? __Yes__
If YES, give the amount received and identify the sources:
__Gift Money monthly from Parents in $100⁰⁰ each month.__

6. What is the current balance in your prison account? $363.34 spending Account
$271.51 Release Aid Account

7. Do you own cash, or do you have money in a checking or savings account, other than a prison account? __No__ If YES, state the current balance: _____

8. Do you own any real estate, stocks, bonds, notes, vehicles, or other valuable property (you need not mention ordinary household and cell furnishings, such as radios, TV sets, stereo, books, etc., and personal clothing)? __No__ If YES, describe the property and state its approximate value: _____

I hereby authorize officials of the institution where I am incarcerated to release my financial records to the court. My identification number at this institution is __#33214__.

I declare under penalty of perjury that I have read the foregoing and it is true, complete and correct.

Signed this __14th__ day of __June__, 20__23__.

__Chen Wesley Nichols__
(Signature of Plaintiff/Petitioner)