Local PLRA Complaint Packet                                                                                                    Rev. 5/1/13

# FORM A

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, **42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Aron Wesley Nichols
_____

[NOTE: Enter the FULL name and inmate number of each **Plaintiff**]

vs.                                                                            **COMPLAINT**

Joey Joyce NDSP Warden
_____

Tammy Homann NDSP Mail Clerk
_____

[NOTE: Enter the FULL name of each **Defendant**]

I.   **Previous Lawsuits:**
     [NOTE: If there is more than one plaintiff, attach a separate sheet with the information in part I and II below for EACH plaintiff.]

     A.   Have you begun other lawsuits in state or federal court dealing with the <u>same facts</u> involved in this action or have you filed any other lawsuits relating to your imprisonment? Yes ☒  No ☐

     B.   If your answer to A is Yes, please answer questions 1 through 7. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiffs   Aron Wesley Nichols

               Defendants   Leann Bertch, Colby Braun, Barb Gross, Shaun Fode,

          2.   Court:   Wester District of North Dakota (Federal)
               [NOTE: for federal court lawsuits, name the district and for state court lawsuits, name the county]

          3.   Case Number: _____

          4.   Name of judge to whom lawsuit was assigned: _____

          5.   Disposition of lawsuit, if known:   Dismissed
               [NOTE: for example, was the lawsuit dismissed, appealed, or still pending]

Local PLRA Complaint Packet                                                                                                  Rev. 5/1/13

      6.      Approximate date lawsuit was filed: _July (?) of 2017 (?)_

      7.      Approximate date lawsuit ended: _Somewhere I believe in 2018?_

**II. Place of Present Confinement:** _North Dakota State Penitentiary_

    A.    Is there a prisoner grievance procedure in this institution? Yes ☒ No ☐

    B.    Did you present the facts relating to your complaint to the institution's prisoner grievance procedure? Yes ☐ No ☒

    C.    If your answer is YES,
        1.    What steps did you take?

        2.    What was the result?

    D.    If your answer is NO, explain why not:
_North Dakota State Penitentiary has policy in place which prohibits inmates filing grievances against the mailroom and its staff who work in the prison's mailroom._

    E.    If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ☒ No ☐

    F.    If your answer is YES,
        1.    What steps did you take?
_Wrote multiple Inmate Request forms about issues to Deputy Warden Shawn Fode who is overseer to the mailroom._

        2.    What was the result?
_The issues continued to persist._

Local PLRA Complaint Packet                                                                 Rev. 5/1/13

## III. Parties

[NOTE: In item A below, enter your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, on line B, if any.]

A.  Name of plaintiff: Aron Wesley Nichols #33214

    Address: NDSP P.O. Box 5521 Bismarck, ND 58506

B.  Additional plaintiffs: _____

[NOTE: In items C-F below, enter the full name of the defendant in the first blank, defendant's official position in the second blank, whether you are suing defendant in both official and individual capacity in third blank and defendant's place of employment in the fourth blank.]

C.  Name of Defendant #1: Joey Joyce

    Official Position: Warden

    If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?   Yes ☒   No ☐

    If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?   Yes ☐   No ☒

    Place of Employment: North Dakota State Penatentary

D.  Name of Defendant #2: Tammy Homann

    Official Position: Mail Clerk

    If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?   Yes ☒   No ☐

    If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?   Yes ☐   No ☒

    Place of Employment: North Dakota State Penatentary.

E.  Name of Defendant #3: _____

    Official Position: _____

    If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?   Yes ☐   No ☐

If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?   Yes ❑   No ❑

Place of Employment: _____

F.   Name of Defendant #4: _____

Official Position: _____

If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?   Yes ❑   No ❑

If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?   Yes ❑   No ❑

Place of Employment: _____

G.   Additional Defendants :   Use a separate sheet of paper.  Write the heading **PART II CONTINUED** at the top of that sheet.  For each additional defendant list:
   Name
   Official Position
   Suing in Official and/or Individual Capacity
   Place of Employment

## IV.   Jurisdiction

This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C.§1343(a)(3). Plaintiff(s) allege(s) that the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

Local PLRA Complaint Packet                                                                                              Rev. 5/1/13

## V. Statement of Claim

A. Claim No. 1: [NOTE: State here <u>as briefly as possible</u> the basis for your claim, including the facts of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.]

Are you claiming any physical injury? Yes ☐ No ☒ If yes, please describe.

Violation of first Amendment of freedom of Religion. forcing religious beliefs upon myself in Censorship of news & information.

B. Claim No. 2: [NOTE: State here <u>as briefly as possible</u> the basis for your claim, including the facts of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.]

Are you claiming any physical injury? Yes ☐ No ☒ If yes, please describe.

Violation of Constitutional Rights of freedom of the Media by censoring media access to news and information of a media outlet.

Local PLRA Complaint Packet                                                                 Rev. 5/1/13

C. Claim No. 3: [NOTE: State here as briefly as possible the basis for your claim, including the facts of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.]

Are you claiming any physical injury? Yes ☐ No ☒ If yes, please describe.

Violation of 14th Amendment of Equal Protection under the law. Discrimating against myself for being an openly gay man. Trying to make me conform to their own beliefs on who I should be.

D. Claim No. 4: [NOTE: State here as briefly as possible the basis for your claim, including the facts of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.]

Are you claiming any physical injury? Yes ☐ No ☒ If yes, please describe.

Violation of freedoms of politics. Forcing their political views, opinions, and/or beliefs upon myself. In doing so, censoring media information that is contrary to their own polictical views and agenda.

    E.    Additional Claims:   Attach an extra sheet <u>if necessary</u>, and write the heading **PART V CONTINUED** at the top of that sheet

## VI. Relief

[NOTE: State briefly <u>exactly what you want the Court to do for you</u>.]

~~See Attached~~ Grant Relief in the form of:

$10,000⁰⁰ - Religious Persecution     $20,000⁰⁰ - Mental Distress

$10,000⁰⁰ - Political Persecution     $10,000⁰⁰ - Censorship of News & Media

$50,000⁰⁰ - Discrimination against LGBTQ+ Inmate

$50,000⁰⁰ - Homophobic Discrimination    $100,000⁰⁰ - Failure to Protect LGBTQ+ Inmate

## VII. Signature(s) of Plaintiff(s)

Signed this 14th day of June, 2023.

*Chon Wesley Neels*
(Signature of Plaintiff)

Signatures of additional plaintiffs, if any:

_____  _____

_____  _____